IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEREMY TAYLOR SIMS,<br><br>Defendant. | CR 22-62-BLG-SPW<br><br>ORDER |

Defendant having filed a Motion to Change Plea (Doc. 28) on September 20, 2022,

IT IS HEREBY ORDERED that the trial set for October 11, 2022 is **VACATED**.

IT IS FURTHER ORDERED that a change of plea hearing is set for **Tuesday, October 4, 2022 at 1:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana, at which time the court will consider his motion to change his plea of not guilty to a plea of guilty. The time between September 20, 2022 and October 4, 2022 is excludable under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(D).

1

IT IS FURTHER ORDERED that the Plea Agreement shall be filed with the Court on or before **September 30, 2022**.

DATED this 20th day of September, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT JUDGE