# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 22-62-BLG-SPW** |
| **Plaintiff,** | |
| **vs.** | **FINAL ORDER OF FORFEITURE** |
| **JEREMY TAYLOR SIMS,** | |
| **Defendant.** | |

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture. Having reviewed said motion, the Court finds:

1.    The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2.    A Preliminary Order of Forfeiture was entered on October 5, 2022;

3.    All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

4.    There appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d);

1

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1.    The Motion for Final Order of Forfeiture is GRANTED.

2.    Judgment of forfeiture of the following property shall enter in favor of

the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other

party:

- Kel-Tec, model P32, .32 caliber semi-automatic pistol, (S/N: obliterated).

3.    The United States shall have full and legal title to the forfeited property

and may dispose of it in accordance with law.

Dated this _____7th_____ day of December, 2022.


Susan P. Watters
United States District Court Judge